United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 25-14755-djb

Amaan Christine Stewart                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: 210U | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Amaan Christine Stewart, 2536 W Girard Ave Unit 2, Philadelphia, PA 19130-1360 |
| 15075414 | | 2536 West Girard Avenue Condominium Association, 2536 W Girard Ave, Lansdale, PA 19446 |
| 15075416 | + | Carl W. Weiner, 1684 S. Borad Street; Suite 230 P.O. Box, Lansdale, PA 19446-5422 |
| 15075420 | | Kyra E. Clemmens-Stewart, 2536 W Girard Ave Unit 2, Philadelphia, PA 19130-1360 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 25 2025 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 25 2025 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15075415 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 25 2025 00:47:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15075426 | | Email/Text: megan.harper@phila.gov | Nov 25 2025 00:48:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15075417 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2025 01:03:15 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15075418 | ^ | MEBN | Nov 25 2025 00:42:43 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15075419 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 25 2025 00:47:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15075421 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 25 2025 00:48:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 15075422 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 25 2025 00:48:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15075424 | ^ | MEBN | Nov 25 2025 00:42:41 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15075423 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 25 2025 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15075425 | | Email/Text: bankruptcy@philapark.org | Nov 25 2025 00:48:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA |

District/off: 0313-2                         User: admin                                      Page 2 of 2
Date Rcvd: Nov 24, 2025                      Form ID: 210U                           Total Noticed: 16

19106-1538

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Amaan Christine Stewart help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Amaan Christine Stewart                                    Case No: 25−14755−djb

            Debtor(s)


_____

### *CLERK'S NOTICE RE: PRESUMPTION OF ABUSE*

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):


This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.




                                                          For The Court

Dated: 11/24/25
                                                          Mohung Wong
                                                          Clerk of Court


6
Form 210U