UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

Amaan Christine Stewart,

Debtor.

Case No. 25-14755-DJB
Chapter 13

## Stipulation to Extend Time to File Trustee's Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion)

AND NOW, this 29th of December, 2025, it is hereby agreed and stipulated between the Trustee, Lynn E. Feldman, Esquire, Chapter 7 Trustee, and Counsel for Debtor, Michael A. Cibik, Esquire, as follows:

1. The current deadline for the Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is February 27, 2026.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until May 28, 2026, to file a Complaint Objecting to Discharge and/or file a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____
Lynn E. Feldman
Chapter 7 Trustee

_____
Michael A. Cibik
Counsel for Debtor

### Order

AND NOW, this ___ of _____, XXXX, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court with full force and effect thereof.

**Date: December 30, 2025**

_____
Honorable Derek J. Baker
United States Bankruptcy Judge