Certificate Number: 16339-PAE-DE-040468511

Bankruptcy Case Number: 25-14755



16339-PAE-DE-040468511

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 4, 2026, at 10:55 o'clock AM EST, Aman Stewart completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 4, 2026             By:    /s/Kris Krumal

                                    Name:  Kris Krumal

                                    Title: Certified Financial Counselor